UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TRACEY BROWN,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:11-cr-0334-APG-GWF<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION ON MOTION TO DISMISS** |

　　　　On August 13, 2014, defendant Tracey Brown filed a motion to dismiss counts 1 through 4. (Dkt. #124.) After briefing and a hearing, on September 19, 2014 Magistrate Judge Foley entered his Findings and Recommendation (Dkt. #133) recommending that the motion should be denied. Brown filed an Objection to the Report and Recommendation. (Dkt. #134.)

　　　　Pursuant to Local Rule IB 3-2, I have conducted a *de novo* review of the motion, Findings and Recommendation, and related papers. Judge Foley's Findings and Recommendation sets forth the proper legal analysis and factual basis for the decision. I find no reason to overturn his Findings and Recommendation. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Magistrate Judge Foley's Findings and Recommendation is accepted and approved in its entirety. Defendant's Motion to Dismiss (Dkt. #124) is DENIED.

Dated: November 6, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE