```
                                    __FILED    __RECEIVED
                                    __ENTERED __SERVED ON
                                         COUNSEL/PARTIES OF RECORD
```

UNITED STATES DISTRICT COURT  
DISTRICT OF NEVADA

```
                                         2015 JUL 30  A 8: 38
                                         CLERK US DISTRICT COURT
                                             DISTRICT OF NEVADA
                                         BY:                DEPUTY
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) 2:11-cr-0334 APG-GWF |
| | ) |
| **VS.** | ) |
| TRACEY BROWN, | ) |
| | ) |
| **Defendant,** | ) |
| | ) |

## ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated this 29th day of July, 2015

ANDREW P. GORDON, U.S. District Judge