# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TRACEY BROWN,<br><br>　　　　　　　　　　Defendant. | Case No. 2:11-cr-0334-APG-GWF<br><br>**ORDER ON MOTION TO DISMISS**<br><br>(Dkt. #207) |

　　　Based upon the Government's Motion to Dismiss (Dkt. #207),

　　　**IT IS HEREBY ORDERED** that Counts 1 and 2 of the Superseding Indictment are hereby DISMISSED.

　　　Dated:  August 17, 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE