UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,
        Plaintiff,

vs.

TRACEY BROWN,
        Defendant.

Case No. 2:11-cr-334-APG-GWF

**ORDER TEMPORARILY UNSEALING NOTES**

      On 2-5-2015, Heather K. Newman, Transcriber, received a Transcript Order form requesting a transcript of the Motion Hearing, held on 1-3-2014, from Angela H. Dows, in which a portion of the hearing was sealed.

      **IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Angela H. Dows.

      **IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

      **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

      DATED this 19th day of April, 2016.

                                  George W. Foley, Jr.
                                  United States Magistrate Judge