1
2
3
4
5
6                              **UNITED STATES DISTRICT COURT**
7                                    **DISTRICT OF NEVADA**

8   | UNITED STATES OF AMERICA, | ) | 2:11-CR-334-APG-(GWF) |
    |---|---|---|
    | Plaintiff, | ) | |
    | v. | ) | Final Order of Forfeiture |
    | TRACEY BROWN, | ) | |
    | Defendant. | ) | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant Tracey Brown guilty of criminal offenses, forfeiting specific property set forth in the Settlement Agreement and the Forfeiture Allegations of the Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Tracey Brown was found guilty. Superseding Indictment, ECF No. 146; Minutes of Jury Trial, ECF No. 199; Verdict Form, ECF No. 200; Settlement Agreement for Entry of Preliminary Order of Forfeiture as to Tracey Brown and Order, ECF No. 213; Preliminary Order of Forfeiture, ECF No. 219.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

/ / /

consecutively from November 5, 2015, through December 4, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 223.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Any and all firearms, including, but not limited to, a 12-gauge Revelation Western Auto Supply Company shotgun, model # R310AB, bearing serial number H518278; and

2. Any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

/ / /

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: August 12, 2016.

_____
UNITED STATES DISTRICT JUDGE