**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRACEY BROWN,<br><br>　　　　Defendant. | Case No. 2:11-cr-00334-APG-GWF<br><br>**ORDER SETTING DEADLINE FOR GOVERNMENT TO RESPOND TO MOTIONS TO VACATE, SET ASIDE, OR CORRECT CRIMINAL CONVICTION AND SENTNCE PURSUANT TO 28 U.S.C. § 2255** |

　　　Defendant Tracey Brown has filed two motions under 28 U.S.C. § 2255 seeking to set aside his conviction. ECF Nos.293, 295. The United States shall file a response to the motions, if it has any, on or before January 4, 2019. Defendant may file a reply in support of the motion within 30 days after the Government files its response.

　　　DATED this 27th day of November, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE