# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRACEY BROWN,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00334-APG-GWF<br><br>**ORDER EXTENDING DEADLINE FOR BROWN TO FILE A REPLY**<br><br>[ECF No. 304] |

　　　Defendant Tracey Brown requests additional time to file a reply in support of his § 2255 motions. ECF No. 304. I will grant him an additional 60 days.

　　　IT IS ORDERED that Brown's motion for additional time **(ECF No. 304) is GRANTED**. Brown's reply is due by March 26, 2019.

　　　DATED this 3rd day of January, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE