# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

Tracey Brown

          Defendant.

JUDGMENT

Case Number: 2:11-cr-00334-APG-GWF-1

(Related case: 2:18-cv-02146-APG)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Grounds One through Nine of Tracey Brown's Motions Pursuant to 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence are DISMISSED.

11/19/2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ S. Denson  
Deputy Clerk