# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00334-APG |
| Plaintiff | **Order Setting Briefing Schedule** |
| v. | [ECF No. 331] |
| TRACEY BROWN, | |
| Defendant | |

Defendant Tracy Brown's motion for a briefing schedule **(ECF No. 331) is granted**. Mr. Brown may file an amended petition or motion by June 20, 2020. The Government may file a response within 30 days after the motion or petition is filed. Mr. Brown may file a reply 14 days after the response is filed.

By this order I do not suggest or decide that any motion or amended petition is proper, timely, or not barred by any rule prohibiting successive petitions without permission. Mr. Brown is required to comply with all applicable rules and procedures.

DATED this 1st day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE