# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>TRACEY BROWN,<br><br>  Defendant | Case No.: 2:11-cr-00334-APG<br><br>**Order Denying Defendant's Motion for Leave**<br><br>[ECF Nos. 346, 349] |

I previously denied defendant Tracy Brown's § 2255 petition, and his appeal of my decision is pending at the Ninth Circuit. *See* ECF Nos. 340-342.  Brown now files two motions seeking leave to amend his § 2255 petition.  He appears to argue that Amendment 798 altered the Career Offender Guideline (U.S.S.G. § 4B1.2),  so he is entitled to a sentencing reduction under 18 U.S.C. § 3582(c)(2).  However, the Ninth Circuit has ruled that Amendment 798 does not apply retroactively. *United States v. Adkins*, 883 F.3d 1207, 1212 (9th Cir. 2018).  Thus, Amendment 798 does not apply to Brown and his proposed amended petition would be futile.

I THEREFORE DENY the defendant's motions for leave to amend (ECF Nos. 346, 349).

DATED this 24th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE